
FILED by NF D.C.
ELECTRONIC

May 1, 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-20338-CR-SEITZ/MCALILEY

CASE NO.

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

v.

EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,

         **Defendants.**
_____ /

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From as early as in or about October, 2006, to on or about January 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons unknown to the grand jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(2), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

## COUNT 2

On or about January 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

## COUNT 3

From as early as in or about October, 2006, to on or about January 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

2

## COUNT 4

On or about January 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance consisted of one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES OF AMERICA

vs.

EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,

**Defendants.**

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- _X_ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:    07-20065-CR-HUCK
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   x  No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   x  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _x_ No

_____
Robin Waugh-Farretta
ASSISTANT U.S ATTORNEY, Florida Bar No. 537837

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** EUGENE RUSSELL          Case No: _____

**Count #: 1**

Conspiracy to Import a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 963 and 960(b)(2)(G)

***Max.Penalty**: Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 2**

Importation of a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 952(a) and 960(b)(2)(G); Title 18, U.S.C. § 2

***Max. Penalty:**   Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release

**Count #: 3**

Conspiracy to Possess with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 846 and 841(b)(1)(B)

***Max.Penalty**: Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 4**

Possession with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B); Title 18, U.S.C. § 2

***Max. Penalty:**   Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DERRICK MORLEY          Case No: _____

**Count #: 1**

Conspiracy to Import a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 963 and 960(b)(2)(G)

**\* Max.Penalty**: Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 2**

Importation of a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 952(a) and 960(b)(2)(G); Title 18, U.S.C. § 2

**\*Max. Penalty:**  Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release

**Count #: 3**

Conspiracy to Possess with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 846 and 841(b)(1)(B)

**\* Max.Penalty**: Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 4**

Possession with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B); Title 18, U.S.C. § 2

**\*Max. Penalty:**  Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DWIGHTE MORLEY          Case No: _____

**Count #: 1**

Conspiracy to Import a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 963 and 960(b)(2)(G)

**\* Max.Penalty:** Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 2**

Importation of a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 952(a) and 960(b)(2)(G); Title 18, U.S.C. § 2

**\*Max. Penalty:** Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release

**Count #: 3**

Conspiracy to Possess with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 846 and 841(b)(1)(B)

**\* Max.Penalty:** Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

**Count #: 4**

Possession with Intent to Distribute a controlled substances, that is, one hundred (100) kilograms or more of a detectable amount of marijuana

Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B); Title 18, U.S.C. § 2

**\*Max. Penalty:** Forty years' imprisonment, with a mandatory minimum of five (5) years' imprisonment; $2,000,000 fine; and at least four (4) years supervised release.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.