UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20338-CR-SEITZ/McAliley

UNITED STATES OF AMERICA

v.

EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,

         **Defendants.**
_____/

## GOVERNMENT'S THIRD RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States, by and through the undersigned Assistant United States Attorney, hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    2.    That portion of the written record containing the substance of any oral statement made by any of the defendants before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached.

           5.    Attached please additional documents and material (including aerial surveillance video), which the government intends to use as evidence at trial to prove its case in chief.

               The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. An additional laboratory analysis report regarding seized controlled substances in connection with this case, is attached hereto.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

The attachments to this response are numbered pages 639 - 1104 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

By:    s/ Robin Waugh-Farretta
    Robin Waugh-Farretta
    Assistant United States Attorney
    Florida Bar No. 0537837
    500 East Broward Blvd., 7th Flr.
    Fort Lauderdale, FL 33394
    Tel: (954) 356-7255 x3512
    Fax: (954) 356-7336
    Robin.waugh@usdoj.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2007, I electronically filed the foregoing document (without attachment) with the Clerk of the Court using CM/ECF and to counsel of record (via FedEx with attachment) as indicated in the service list below.

s/ Robin Waugh-Farretta
Robin Waugh-Farretta
Assistant United States Attorney

## SERVICE LIST

**United States v. Eugene Russell, et al.
Case No.: 07-20338-CR-SEITZ/McAliley
United States District Court, Southern District of Florida**

Neil M. Nameroff, Esquire
*Attorney for Eugene Russell*
100 SE 2nd Street
Suite 3920
Miami, FL 33131-3216
Office: 305-536-8700
Fax: 305-536-8704
Email: nameroff@bellsouth.net

Raymond D'Arsey Houlihan, III, Esquire
*Attorney for Derrick Morley*
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
Office: 305-530-7000
Fax: 305-536-4559
Email: d'arsey_houlihan@fd.org

Jack Ross Blumenfeld, Esquire
*Attorney for Dwighte Morley*
9130 S Dadeland Boulevard
Suite 1200
Miami, FL 33156
Office: 305-670-3311
Fax: 305-670-7003
Email: jackb@papajack.net