**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-20338-CR-SEITZ/McAliley**

**UNITED STATES OF AMERICA**

v.

**EUGENE RUSSELL,
DWIGHTE MORLEY, and
DERRICK MORLEY,**

       **Defendants.**
                                  /

**SECOND NOTICE OF INTENT TO
OFFER DOCUMENTARY EVIDENCE
PURSUANT TO RULE 902(11), FED. R. EVIDENCE**

Please take notice that the United States intends to offer telephone records previously provided in discovery into evidence, pursuant to Rule 902(11), Fed. R. Evid., to establish their authenticity. Declarations regarding the authenticity of such documents upon which the United States intends to rely have been previously provided in discovery .

1. Subscriber information for telephone number (786) 346-2713 and toll records for the period of January 15, 2007 through January 25, 2007.

2. Subscriber information for telephone number (786) 399-9730 and toll records for the period of January 13, 2007 through January 27, 2007.

3. Subscriber information for telephone number (786) 380-5670 and toll records for the period of January 13, 2007 through January 27, 2007.

>Respectfully submitted,
>
>R. ALEXANDER ACOSTA
>UNITED STATES ATTORNEY
>
>s/ Robin Waugh-Farretta
>Robin Waugh-Farretta
>Assistant United States Attorney
>Florida Bar No: 0537837
>500 East Broward Blvd., 7th Flr.
>Fort Lauderdale, FL 33394
>954.356.7255 Office
>954.356.7336 Facsimile
>robin.waugh@usdoj.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and to counsel of record as indicated in the service list below.

s/ Robin Waugh-Farretta
Robin Waugh-Farretta
Assistant United States Attorney

## SERVICE LIST

**United States v. Eugene Russell, et al.**
**Case No.: 07-20338-CR-SEITZ/McAliley**
**United States District Court, Southern District of Florida**

Neil M. Nameroff, Esquire
100 SE 2nd Street
Suite 3920
Miami, FL 33131-3216
Office: 305-536-8700
Fax: 305-536-8704
Email: nameroff@bellsouth.net
*Counsel for Eugene Russell*

Larry Robert Handfield, Esquire
4770 Biscayne Boulevard
Miami, FL 33137
305-576-1011
Fax: 576-2304
Email: LHANDF2802@aol.com
*Counsel for Derrick Morley*

Roderick Darrell Vereen, Esquire
Brinkley Henrys & Lewis
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
305-576-1201
Fax: 576-2304
Email: Vereen2469@aol.com
*Counsel for Dwighte Morley*