**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-20338-CR-SEITZ/McAliley**

**UNITED STATES OF AMERICA**

**v.**

**EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,**

        **Defendants.**
_____/

**GOVERNMENT'S SIXTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States, by and through the undersigned Assistant United States Attorney, hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Attached please additional documents and material, which the government intends to use as evidence at trial to prove its case in chief.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

The attachments to this response are numbered pages 1191 - 1241 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: s/ Robin Waugh-Farretta
Robin Waugh-Farretta
Assistant United States Attorney
Florida Bar No. 0537837
500 East Broward Blvd., 7th Flr.
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 x3512
Fax: (954) 356-7336
Robin.waugh@usdoj.gov

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on November 20, 2007, I electronically filed the foregoing document (without attachment) with the Clerk of the Court using CM/ECF and to counsel of record (via FedEx with attachment) as indicated in the service list below.

                                                   s/ Robin Waugh-Farretta
                                                   Robin Waugh-Farretta
                                                   Assistant United States Attorney

**SERVICE LIST**

**United States v. Eugene Russell, et al.**
**Case No.: 07-20338-CR-SEITZ/McAliley**
**United States District Court, Southern District of Florida**

Neil M. Nameroff, Esquire
100 SE 2nd Street
Suite 3920
Miami, FL 33131-3216
Office: 305-536-8700
Fax: 305-536-8704
Email: nameroff@bellsouth.net
*Counsel for Eugene Russell*

Roderick Darrell Vereen, Esquire
Brinkley Henrys & Lewis
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
305-576-1201
Fax: 576-2304
Email: Vereen2469@aol.com
*Counsel for Dwighte Morley*

Larry Robert Handfield, Esquire
4770 Biscayne Boulevard
Miami, FL 33137
305-576-1011
Fax: 576-2304
Email: LHANDF2802@aol.com
*Counsel for Derrick Morley*