# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-20338-CR-SEITZ/McAliley

**UNITED STATES OF AMERICA**

v.

**EUGENE RUSSELL,
DERRICK MORLEY, and
DWIGHTE MORLEY,**

    **Defendants.**
_____/

## UNITED STATES' GIGLIO RESPONSE TO
## THE STANDING DISCOVERY ORDER

  The United States files this supplemental response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

  D. Pursuant to Standing Discovery Order, the government hereby notifies the defendant that it may call as witnesses co-conspirators Delton Cash, Freedman Robins and Lamardo King. In accord with <u>Giglio v. United States</u>, 4405 U.S. 150 (1972) or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959), attached are any applicable judgment and commitments, plea agreements, and/or limited immunity letters.

  The attachments to this response are numbered pages 1242 - 1289. Please contact the undersigned Assistant United States Attorney if any pages are missing

          Respectfully submitted,

          R. ALEXANDER ACOSTA
          UNITED STATES ATTORNEY

    By: <u>s/ Robin Waugh-Farretta</u>
      ROBIN WAUGH-FARRETTA
      Assistant United States Attorney
      Florida Bar No. 0537837
      500 East Broward Blvd. 7th Flr.
      Fort Lauderdale, Florida 33394
      Tel: (954) 356-7255 x3512
      Fax: (954) 356-7336
      Robin.Waugh@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 23, 2007, I electronically filed the foregoing document (without Attachment) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document (with Attachment) is being served this day on counsel of record or other parties identified on the attached Service List in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in come other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of electronic Filing. The attachment to this filing was forwarded via FedEx.

                                        s/ Robin Waugh-Farretta
                                        ROBIN WAUGH-FARRETTA
                                        ASSISTANT UNITED STATES ATTORNEY

**SERVICE LIST**

**United States v. Eugene Russell, et al.**
**Case No.: 07-20338-CR-SEITZ/McAliley**
**United States District Court, Southern District of Florida**

Neil M. Nameroff, Esquire
100 SE 2nd Street
Suite 3920
Miami, FL 33131-3216
Office: 305-536-8700
Fax: 305-536-8704
Email: nameroff@bellsouth.net
*Counsel for Eugene Russell*

Roderick Darrell Vereen, Esquire
Brinkley Henrys & Lewis
4770 Biscayne Boulevard
Suite 1200
Miami, FL 33137
305-576-1201
Fax: 576-2304
Email: Vereen2469@aol.com
*Counsel for Dwighte Morley*

Larry Robert Handfield, Esquire
4770 Biscayne Boulevard
Miami, FL 33137
305-576-1011
Fax: 576-2304
Email: LHANDF2802@aol.com
*Counsel for Derrick Morley*
Transmission of Notice of Electronic Filing