UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20338-CR-SEITZ

UNITED STATES OF AMERICA,

v.

EUGENE RUSSELL,

_____/

## ORDER GRANTING MOTION TO EXTEND TIME AND CONTINUING SENTENCE HEARING

This matter came before the Court upon Defendant Eugene Russell's Motion to Extend Time to File Objections to Presentence Report [DE 132]. Although Mr. Nameroff did not receive the PSI until July 14, 2008, U.S. Probation informed him by facsimile that the PSI was disclosed on July 3, 2008. The PSI was mailed to Mr. Nameroff's old address, as the U.S. Probation Officer did not have Mr. Nameroff's new address. The Court having considered the motion and being otherwise fully advised, it is

ORDERED that the Motion to Extend Time is GRANTED. Objections to the PSI must be filed no later than **August 1, 2008.** It is further

ORDERED that in order to provide U.S. Probation and the Government sufficient time to review and respond to Defendant's objections, the sentencing hearing is continued to **August 20, 2008, at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida, this ___ day of July, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Thomas Felasco, USPO